1   STEVEN P. KRAKOWSKY
    ATTORNEY AT LAW
2   1875 Century Park East
    Suite 2000
3   Los Angeles, California 90067
    (310) 552-7525
4   (310) 772-0989 (fax)
    State Bar No. 94047
5
    Attorney for plaintiff
6   BREAKDOWN SERVICES, LTD.

7

8

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                              CV11-05218 DMG (AJWx)

12   BREAKDOWN SERVICES, LTD., a      )   Case No.:
     California corporation,          )
13                                    )   COMPLAINT FOR DAMAGES AND
                 Plaintiff,           )   FOR INJUNCTION FOR COPYRIGHT
14                                    )   INFRINGEMENT; DEMAND FOR
         vs.                          )   JURY TRIAL.
15                                    )
     AMI SHAFRIR, an individual;      )
16   BEN NAVON, an individual;        )
     DAVID DAVIS, an individual;      )
17   EXPLORE TALENT, a business       )
     entity; and DOES 1 through       )
18   10, inclusive,                   )
                                      )
19               Defendants.          )

20

21

22

23

24

25

26

27

28

                                -1-

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

1.    This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and 1338(b).

2.    Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a).

## PARTIES

3.    Plaintiff Breakdown Services, Ltd. ("Breakdown Services") was and is a California corporation in good standing and doing business in Los Angeles County, California, with its principal place of business in said County and State.

4.    Breakdown Services alleges on information and belief that defendant Ami Shafrir is an individual doing business in the Central District of California.

5.    Breakdown Services alleges on information and belief that defendant Ben Navon is an individual doing business in the Central District of California.

6.    Breakdown Services alleges on information and belief that defendant David Davis is an individual doing business in the Central District of California.

7.    Breakdown Services alleges on information and belief that defendant Explore Talent is a business entity form unknown, and doing business in the Central District of California.

8.    Breakdown Services is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sues said defendants by such fictitious names.  Breakdown Services will amend this Complaint when such

-2-

1 | true names and capacities have been ascertained.

2 | **BACKGROUND FACTS**

3 | 9.   For more than thirty-nine years, Breakdown Services has
4 | been actively engaged in the business of creating, preparing and
5 | delivering original script analyses and summaries commonly
6 | referred to as "breakdowns" to members of the entertainment
7 | community in Los Angeles, New York and London for feature length
8 | motion pictures, television, video and other aspects of the
9 | entertainment industry.  The breakdowns are published and
10 | generally delivered by Breakdown Services on a daily basis only
11 | to authorized theatrical and other talent agencies and management
12 | companies in consideration of their written agreement with
13 | Breakdown Services to maintain the strict confidentiality of all
14 | of such information with respect to all third persons and
15 | entities.  Breakdown Services delivers the breakdowns to its
16 | contract customers via the Internet.

17 | 10.   The breakdowns contain material wholly original with
18 | Breakdown Services that is copyrightable subject matter under the
19 | laws of the United States.

20 | 11.   At all times material hereto, Breakdown Services
21 | complied in all respects with the Copyright Act of 1976 and all
22 | other laws governing copyright, and secured the exclusive rights
23 | and privileges in and to the breakdowns which are the subject of
24 | this action.  Prior to the filing of the present action,
25 | Breakdown Services duly applied for registration of the works
26 | which are the subject of this action.

27 | 12.   Breakdown Services is currently and at all relevant
28 | times has been the sole proprietor of all right, title, and

-3-

1  interest in and to the copyrights in the breakdowns.  Breakdown
2  Services has produced and distributed the breakdowns in strict
3  conformity with the provisions of the Copyright Act of 1976 and
4  all other laws governing copyright.

5      13.  All of the breakdowns contain proprietary information
6  of value which is Breakdown Services' sole and exclusive
7  property.  Further, each and every breakdown published and
8  delivered by Breakdown Services prominently displays the
9  following warning: **"This confidential information is the property**
10 **of Breakdown Services, Ltd. - DO NOT COPY!!!"**

11     14.  As more particularly described herein, Breakdown
12 Services alleges on information and belief that defendants
13 knowingly and willfully directly copied Breakdown Services'
14 breakdowns in their entirety; that defendants copied the
15 breakdowns for the specific purposes of infringing Breakdown
16 Services' copyright; and that defendants copied said breakdowns
17 for the further purpose of unfairly competing with Breakdown
18 Services by using Breakdown Services' original works to do so;
19 and that within at least the past year preceding the filing of
20 this action, defendants have reproduced, distributed and promoted
21 illegal and unauthorized copies of the breakdowns.

22     15.  Breakdown Services' breakdowns referenced in paragraph
23 14 are for the project described as follows: The SAG feature film
24 entitled "Bout That Bout."  Breakdown Services further alleges on
25 information and belief that there may be additional breakdowns
26 which defendants copied in the same or similar manner as
27 referenced in paragraph 14 and which Breakdown Services will seek
28 to add to its Claims for Relief at such time as they have been

-4-

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

1 | identified.

2 |     16. Breakdown Services further alleges on information and
3 | belief that defendants received actual notice of Breakdown
4 | Services' complaints regarding defendant's unauthorized copyright
5 | infringement and that defendants, nevertheless, continued to
6 | wilfully and knowingly copy Breakdown Services' breakdowns and to
7 | reproduce, distribute, promote and offer said breakdowns for sale
8 | to third parties.

9 |     17. The natural, probable and foreseeable result of
10 | defendants' wrongful conduct has been and will be to deprive
11 | Breakdown Services of the benefits of selling Breakdown Services'
12 | breakdowns, to dilute and damage Breakdown Services' goodwill,
13 | and to injure Breakdown Services' relations with both the studios
14 | which provide scripts to Breakdown Services and Breakdown
15 | Services' present and prospective customers.

16 | **FIRST CLAIM FOR RELIEF**

17 | **COPYRIGHT INFRINGEMENT (17 U.S.C. §§ 101, et seq.)**

18 |     18. Breakdown Services realleges each and every allegation
19 | set forth in paragraphs 1 through 17, inclusive.

20 |     19. By their actions alleged above, defendants have
21 | infringed and will continue to infringe Breakdown Services'
22 | copyright in and relating to the breakdowns by producing,
23 | distributing and placing upon the market products which are
24 | direct copies of Breakdown Services' copyrighted breakdowns.

25 |     20. Breakdown Services is entitled to an injunction
26 | restraining defendants, their officers, agents and employees, and
27 | all persons acting in concert with them, from engaging in any
28 | further such acts in violation of the copyright laws.

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

1      21.  Breakdown Services is further entitled to recover from

2 defendants damages, including attorneys' fees, it has sustained

3 and will sustain, and any gains, profits and advantages obtained

4 by defendants as a result of defendants' acts of infringement

5 alleged above.  At present, the amount of such damages, gains,

6 profits and advantages cannot be fully ascertained by Breakdown

7 Services.

8      WHEREFORE, Breakdown Services prays for judgment against

9 defendants as follows:

10 **ON THE FIRST CLAIM FOR RELIEF:**

11      1.  That the Court find that defendants have infringed

12 Breakdown Services' copyright in the breakdowns.

13      2.  That the Court find a substantial likelihood that

14 defendants will continue to infringe Breakdown Services'

15 copyright in the breakdowns unless enjoined from doing so.

16      3.  That defendants, their officers, agents, servants,

17 employees, and all other persons in active concert or privity or

18 in participation with them, be enjoined from directly or

19 indirectly infringing Breakdown Services' copyright in the

20 breakdowns or continuing to market, offer, sell, dispose of,

21 license, lease, transfer, display, advertise, reproduce, develop

22 or manufacture any works derived or copies from the breakdowns or

23 to participate or assist in any such activity.

24      4.  That defendants be required to file with the Court and

25 to serve on Breakdown Services, within 30 days after service of

26 the Court's order as herein prayed, a report in writing under

27 oath setting forth in detail the manner and form in which

28 defendants have complied with the Court's order.

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

5.   That judgment be entered for Breakdown Services and against defendants for Breakdown Services' actual damages according to proof, and for any profits attributable to infringements of Breakdown Services' copyright, in accordance with proof.

6.   That judgment be entered for Breakdown Services and against defendants for statutory damages based upon defendants' acts of  infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, et seq.

7.   That defendants be required to account for all gains, profits, and advantages derived from their acts of infringement and for their other violations of law.

8.   That all gains, profits and advantages derived by defendants from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of Breakdown Services.

9.   That Breakdown Services have judgment against defendants for Breakdown Services' costs and attorneys' fees.

10.  That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.


DATED: June 22, 2011

_____
                          STEVEN P. KRAKOWSKY
                          Attorneys for plaintiff
                          BREAKDOWN SERVICES, LTD.

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

1       5.    That judgment be entered for Breakdown Services and

2 against defendants for Breakdown Services' actual damages

3 according to proof, and for any profits attributable to

4 infringements of Breakdown Services' copyright, in accordance

5 with proof.

6       6.    That judgment be entered for Breakdown Services and

7 against defendants for statutory damages based upon defendants'

8 acts of   infringement, pursuant to the Copyright Act of 1976, 17

9 U.S.C. §§ 101, et seq.

10      7.    That defendants be required to account for all gains,

11 profits, and advantages derived from their acts of infringement

12 and for their other violations of law.

13      8.    That all gains, profits and advantages derived by

14 defendants from their acts of infringement and other violations

15 of law be deemed to be held in constructive trust for the benefit

16 of Breakdown Services.

17      9.    That Breakdown Services have judgment against

18 defendants for Breakdown Services' costs and attorneys' fees.

19      10.   That the Court grant such other, further, and different

20 relief as the Court deems proper under the circumstances.

21

22 DATED: June 22, 2011

23

STEVEN P. KRAKOWSKY

24 Attorneys for plaintiff
BREAKDOWN SERVICES, LTD.

25

26

27

28

-7-

COMPLAINT FOR COPYRIGHT INFRINGEMENT; DEMAND FOR JURY TRIAL

1

**JURY DEMAND**

2      Plaintiff Breakdown Services, Ltd. hereby demands trial by

3 jury on all issues triable to a jury.

4

5 DATED: June 22, 2011

6

7

STEVEN P. KRAKOWSKY

8 Attorneys for plaintiff
BREAKDOWN SERVICES, LTD.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV11- 5218 DMG (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X]  **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ]  **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ]  **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Steven P. Krakowsky, Esq. (SBN # 94047)
1875 Century Park East, Suite 2000
Los Angeles, California 90067
(310)552-7525
(310)772-0989 (fax)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Breakdown Services, Ltd., a California corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)<br>v. | CV11-05218 DMG(AJW) |
| Ami Shafrir, an individual; Ben Navon, an individual; David Davis, an individual; Explore Talent, a business entity; and DOES 1 through 10, inclusive,<br>DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S): Ami Shafrir, an individual; Ben Navon, an individual; David Davis, an individual; Explore Talent, a business entity; and DOES 1 through 10, inclusive

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Steven P. Krakowsky, Esq._____, whose address is _1875 Century Park East, Suite 2000, Los Angeles, California 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**SEAL**

JUN 2 2 2011

**JULIE PRADO**

Dated: _____          By: _____
                                                           Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                   SUMMONS

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| Breakdown Services, Ltd. | Ami Shafrir, Ben Navon, David Davis, Explore Talent, and DOES 1 through 10 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Steven P. Krakowsky, Esq.<br>1875 Century Park East, Suite 2000, Los Angeles, California 90067<br>(310)552-7525 | Unknown |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  
☑ 3 Federal Question (U.S. Government Not a Party)  
☐ 2 U.S. Government Defendant  
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  
☐ 2 Removed from State Court  
☐ 3 Remanded from Appellate Court  
☐ 4 Reinstated or Reopened  
☐ 5 Transferred from another district (specify):  
☐ 6 Multi-District Litigation  
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ MONEY DEMANDED IN COMPLAINT: $ Statutory damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright infringement (17 U.S.C. 101, et seq)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV11-05218

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Nevada |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date June 22, 2011

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |