```
 1  STEVEN P. KRAKOWSKY
    ATTORNEY AT LAW
 2  1875 Century Park East
    Suite 2000
 3  Los Angeles, California 90067
    (310)552-7525
 4  (310)772-0989 (fax)
    spk@krakowskylaw.com (Email)
 5  State Bar No. 94047

 6  Attorney for plaintiff
    BREAKDOWN SERVICES, LTD.
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation, | Case No. CV11-05218DMG(AJWx) |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION. |
| vs. | |
| AMI SHAFRIR, an individual; BEN NAVON, an individual; DAVID DAVIS, an individual; PRIME SITES, INC., a California corporation, dba EXPLORE TALENT; and DOES 1 through 10, inclusive, | |
| Defendants. | |

-1-

STIPULATION FOR DISMISSAL OF ACTION

**STIPULATION**

IT IS HEREBY STIPULATED by and between plaintiff Breakdown Service, Ltd. and defendants Ami Shafrir and Prime Sites, Inc., dba Explore Talent, through their respective attorneys of record, as follows:

1. The Action shall be dismissed with prejudice; and
2. The parties shall bear their own attorney's fees and costs of suit.

DATED: February 10, 2012

_____
STEVEN P. KRAKOWSKY, ESQ.
Attorney for plaintiff
BREAKDOWN SERVICES, LTD

DATED: February 9, 2012

_____
MARK ESTES, ESQ.
Attorney for defendants
AMI SHAFRIR and PRIME
SITES, INC., dba EXPLORE
TALENT

-2-

STIPULATION FOR DISMISSAL OF ACTION