```
STEVEN P. KRAKOWSKY                                    JS - 6
ATTORNEY AT LAW
1875 Century Park East
Suite 2000
Los Angeles, California 90067
(310)552-7525
(310)772-0989 (fax)
spk@krakowskylaw.com (Email)
State Bar No. 94047

Attorney for plaintiff
BREAKDOWN SERVICES, LTD.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKDOWN SERVICES, LTD., a California corporation, | ) Case No. CV11-05218DMG(AJWx) ) |
| Plaintiff, | ) ORDER RE DISMISSAL ) OF ACTION [17] ) |
| vs. | ) ) |
| AMI SHAFRIR, an individual; BEN NAVON, an individual; DAVID DAVIS, an individual; PRIME SITES, INC., a California corporation, dba EXPLORE TALENT; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

-1-

ORDER RE DISMISSAL OF ACTION

**ORDER**

In accordance with the Stipulation by plaintiff Breakdown Service, Ltd. and defendants Ami Shafrir and Prime Sites, Inc., dba Explore Talent,

IT IS HEREBY ORDERED that this Action shall be dismissed with prejudice and the parties shall bear their own attorney's fees and costs of suit.

DATED: February 14, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE